UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-1496**

Reach Communications Specialists, Inc., v. Sheriff of Philadelphia County
(E.D. Pa. No. 2:13-cv-02388)

**ORDER**

As explained in the March 17, 2023, order, Reach Communications Specialists, Inc., must be represented by an attorney to prosecute its appeal. See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201–03 (1993) (citing Simbraw, Inc., v. United States, 367 F.2d 373 (3d Cir. 1966)). That order gave the appellant time to retain an attorney, but no attorney appeared by the deadline. Cf. 3d Cir. L.A.R. 46.2.

The appellant has not complied with other case-opening obligations. The appellant did not file a transcript purchase order form, see Fed. R. App. P. 10(b); 3d Cir. L.A.R. 11.1, or a corporate disclosure statement, see Fed. R. App. P. 26.1; 3d Cir. L.A.R. 26.1.1. And the filing and docketing fees for this appeal have not been paid. Business entities like the appellant are not eligible to proceed in forma pauperis. See Rowland, 506 U.S. at 196–212.

For those reasons, this appeal is DISMISSED. See Fed. R. App. P. 3(a)(2); 3d Cir. L.A.R. 3.3(a), 11.1, 107.1, 107.2(a). No further action will be taken on the IFP motion submitted by non-party James Davis.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 12, 2023
PDB/cc: James Davis
　　　　All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate